Chester L. SMITH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 168, 2016

Supreme Court of Delaware.

Submitted: April 28, 2016
Decided: June 7, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0804009871.

AFFIRMED.

Shaun ANDRIKOPOULOS and Michael A. Santer, Plaintiffs Below–Appellants,

v.

SILICON VALLEY INNOVATION COMPANY, LLC, Defendant Below–Appellee.

No. 490, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016
Decided: June 8, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 9899–VCP.

AFFIRMED.

William BURTON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below-appellee.

No. 699, 2013

Supreme Court of Delaware.

Submitted: June 8, 2016
Decided: June 8, 2016

Court Below: Superior Court of the State of Delaware.

AFFIRMED.

Sabri CAULK, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 567, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016
Decided: June 9, 2016

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 1501006974

AFFIRMED.